NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOROTHY S. TOWNE d/b/a DOTTIE      )
TOWNE, ATTORNEY AT LAW,            )
                                   )
        Appellants,                )
                                   )
v.                                 )        Case No. 2D18-292
                                   )
VAKA LAW GROUP, P.L.,              )
                                   )
        Appellee.                  )
                                   )
_____)

Opinion filed February 27, 2019.

Appeal from the Circuit Court for
Hillsborough County, Martha Cook and
Mark R. Wolfe, Judges.

Annabel C. Majewski of Wasson &
Associates, Chartered, Miami; and
Dorothy S. Towne of Dottie Towne,
Attorney at Law, Tampa for Appellant.

John V. Trujillo, Jr. of Barnes Trial
Group, Tampa; and Richard N.
Asfar of Vaka Law Group, P.L., Tampa,
(withdrew after briefing), for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.